[No. 70903-8-I.   Division One.   April 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD WHITFIELD BURGESS III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-01802-7, Monica J. Benton, J., entered September 13, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Leach, J., concurred in by Cox and Appelwick, JJ.

[No. 71045-1-I.   Division One.   April 27, 2015.]

SHARON MAUREEN FOSSUM, *Respondent*, v. DAVID WAYNE HECKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-2-00805-8, David A. Kurtz, J., entered October 1, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Dwyer, JJ.

[No. 71096-6-I.   Division One.   April 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON CASTILLO ROMERO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-00728-1, Carol A. Schapira, J., entered October 18, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Leach, J.

[No. 71194-6-I.   Division One.   April 27, 2015.]

COLLIN WILLIAMS, *Appellant*, v. SEATTLE SCHOOL DISTRICT No. 1, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-14103-5, Kimberley Prochnau, J., entered October 29, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Lau and Trickey, JJ.